KEVIN V. RYAN **(California State Bar No. 118321)**
United States Attorney
JAY R. WEILL **(California State Bar No. 75434)**
Assistant United States Attorney
Chief, Tax Division

10th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone:   (415) 436-7017
Fax:         (415) 436-6748

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA and VIRGILIO B. SANTOS, Revenue Officer,** | NO. C-05-05263-CRB |
| Petitioners, | |
| v. | **APPLICATION TO DISMISS VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS** |
| **ROY E. MULLER, as President of BGB Incorporated,** | |
| Respondent. | |

The United States of America dismisses the Petition To Enforce filed on December 20, 2005 because the respondent has complied with the IRS Summonses.

KEVIN V. RYAN
United States Attorney

/s/ Jay R. Weill
JAY R. WEILL
Assistant United States Attorney
Chief, Tax Division

SO ORDERED

March 23, 2006

UNITED S...

IT IS SO ORDERED
Judge Charles R. Breyer